UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY ALLEN NICHOLS,

       Plaintiff,

                                     File no: 1:16-CV-1392

v.

                                     HON. ROBERT J. JONKER

UNKNOWN PARTY #1, et al.,

       Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 27, 2018 (ECF No. 30). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 30) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendant Dr. Carrel's motions for summary judgment (ECF Nos. 10 and 18) are **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend (ECF No. 29) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Dated:     March 20, 2018           /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE